UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**

JUL 2 4 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| United States of America | § § § § |
| | §   Cause No. DR-11-CR-00290 (01) |
| v. | § § § |
| OMAR VELARDE-ACOSTA | § |

## ORDER

It is hereby **ORDERED** that the above-styled case shall be **REMOVED** from this Judge's docket and **TRANSFERRED** immediately to the docket of Alia Moses, United States District Judge.

SIGNED this _22nd_ day of _July_, 2013.

_____
Ivan L.R. Lemelle
United States District Judge